**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDRA CONTI,<br>Plaintiff,<br><br>v.<br><br>THE JOHN BERTRAM HOUSE OF SWAMPSCOTT, INC.,<br>Defendant. | Civil Action No. 26-CV-15057 |

## NOTICE OF REMOVAL

**TO THE JUDGES FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant The John Bertram House of Swampscott, Inc. ("Defendant"), by its attorneys, hereby files this Notice of Removal. As grounds for this removal, Defendant respectfully submits that:

## THE ACTION AND RELEVANT BACKGROUND

1. On or about August 31, 2026, Plaintiff, Alexandra Conti ("Conti" or "Plaintiff") commenced a civil action against the Defendant in the Middlesex County Superior Court of the Commonwealth of Massachusetts, entitled *Alexandra Conti vs. The John Bertram House of Swampscott, Inc.*, Civil Action No. 2681CV02333 ("State Court Action").

2. On or about October 13, 2026, Plaintiff served Defendant with a copy of the Complaint and Summons in connection with the State Court Action.

3. The Complaint sets forth claims for violation of the Massachusetts Paid Family and Medical Leave Act, M.G.L. c. 175M, § 9(a) (Count I); interference in violation of the Family and Medical Leave Act, 29 U.S.C. § 2615(a) (Count II); Negligence (Count III); Breach of

Contract – Wrongful Termination (Count IV); and violation of the Massachusetts Wage Act, M.G.L. c. 149, § 148 et seq. (Count V).

4. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served upon Defendant to date in the State Court Action are attached hereto as Exhibit A.

5. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal has been filed with this Court within thirty (30) days after Defendant's receipt, through service or otherwise, of a copy of the initial pleading setting forth the claims for relief upon which this action is based.

6. Other than filing appearances of counsel and a motion seeking an extension of time to respond to the Complaint, no substantive proceedings have occurred in the State Court Action. Defendant has not filed an Answer or other responsive pleading to the Complaint, and Defendant expressly reserves all defenses, objections, and rights available under applicable law.

## FEDERAL JURISDICTION

7. The State Court Action is being removed to this Court on the grounds that original jurisdiction of this action is in this Court. Specifically, Plaintiff's claims arise under a federal question.

8. This Court has original jurisdiction over this action by virtue of federal question jurisdiction pursuant to 28 U.S.C § 1331. Specifically, Count II of Plaintiff's Complaint asserts a claim for interference under the Family and Medical Leave Act, 29 U.S.C. § 2615(a).

9. Because United States District Courts have original jurisdiction over actions involving federal question, pursuant to 28 U.S.C. § 1331, removal of this case to this Court under the circumstances herein is proper.

10. Accordingly, the State Court Action is removable to the Court under 28 U.S.C. § 1441(a). Furthermore, this Court may exercise supplemental jurisdiction over Plaintiff's state law claims. See 28 U.S.C. § 1367(a).

11. Venue is proper because the Middlesex County Superior Court of the Commonwealth of Massachusetts, the court where the State Court Action is pending, is embraced within "the district and division" of this Court. 28 U.S.C. § 1441(a).

## NOTICES

12. Pursuant to 28 U.S.C § 1446(d), by copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all Parties in the State Court Action of the filing of this Notice of Removal.

13. Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

14. Defendant will notify the Middlesex County Superior Court and the other Parties of this Notice of Removal by filing with the Superior Court, a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Middlesex County Superior Court, is attached hereto as Exhibit B.

WHEREFORE, Defendant prays that the State Court Action now pending against it in Middlesex County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

THE JOHN BERTRAM HOUSE OF

SWAMPSCOTT, INC.,

By its attorneys,
*/s/Matthew J. Epstein*

Matthew Freeman (BBO# 664355)
matthew.freeman@jacksonlewis.com
(617) 305-1258
Matthew Epstein (BBO# 716156)
matthew.epstein@jacksonlewis.com
(617) 305-1226
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116

Dated: November 11, 2026

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 11th day of November, 2026, a true and accurate copy of the above document was filed and served through the Court's ECF system.

/s/ *Matthew J. Epstein*
Jackson Lewis P.C.